# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-01254-JWH (KESx) | Date | July 8, 2024 |
| Title | *Victor Manuel Vazquez, Jr. v. Mercedes-Benz USA, LLC et al* | | |

Present: The Honorable **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause Why Sanctions Should Not Be Imposed Against Plaintiff and Defendants' Counsel for Failure to File a Rule 26(f) Report**

On June 12, 2024, the Court issued an order setting the Scheduling Conference for July 19, 2024 [ECF No. 8]. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties are to file their Joint Rule 26(f) Report not later than 14 days before the Scheduling Conference. As of today's date, the parties have not filed a Joint Rule 26(f) Report.

Accordingly, the Court hereby **ORDERS** Plaintiff and counsel for Defendants, Andrew Shaun Gahan, Craig Allen Taggart, Michael Donn Mortenson, and Robert Adam Hightower, to show cause why they should not each be sanctioned in the amount of $500 for their failure to file a timely Joint Rule 26(f) Report. The parties are **DIRECTED** to respond in writing to this Order to Show Cause by Friday, July 12, 2024, at 12:00 noon. The parties' failure to respond—or the parties' filing of an inadequate response—may result in the imposition of additional sanctions.

**IT IS SO ORDERED.**