Ashkan Reza
Ash@rezalaw.com
**REZA LAW GROUP, PC**
555 Anton Blvd., Suite 150
Costa Mesa, California 92626
Telephone: (949) 776-4406
Facsimile: (949) 679-4396

Attorney for Plaintiff
VICTOR MANUEL VAZQUEZ JR

Michael D. Mortenson, State Bar No. 247758
  mmortenson@mortensontaggart.com
Craig A. Taggart, State Bar No. 239168
  ctaggart@mortensontaggart.com
Andrew S. Gahan, State Bar No. 300598
  agahan@mortensontaggart.com
Robert A. Hightower, State Bar No. 244403
  rhightower@mortensontaggart.com
**MORTENSON TAGGART ADAMS LLP**
300 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone: (949) 774-2224
Facsimile: (949) 774-2545

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL VAZQUEZ JR, <br><br> Plaintiff, <br><br> v. <br><br> MERCEDES-BENZ USA, LLC; and DOES 1-50, Inclusive, <br><br> Defendants. | CASE NO. 8:24-CV-01254-JWH-KES <br> *Honorable John W. Holcomb* <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Action Filed:  May 8, 2024 <br> Trial Date:   Not Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant (jointly referred to as the "Parties"), by and through their counsel of record, hereby provide notice to the Court that they have reached a settlement in the above referenced matter. The Parties request that the Court vacate any upcoming hearings and deadlines while settlement is pending.

Once all terms of the settlement are completed and payment is received by the Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice.

IT IS SO STIPULATED:

DATED: July 9, 2024

Respectfully Submitted,

REZA LAW GROUP, PC

By: _____
Ashkan Reza
Attorney for Plaintiff
VICTOR MANUEL VAZQUEZ, JR.

DATED: July 9, 2024

MORTENSON TAGGART ADAMS LLP

By: /s/ Robert A. Hightower
Michael D. Mortenson
Craig A. Taggart
Andrew S. Gahan
Robert A. Hightower
Attorneys for Defendant
MERCEDES-BENZ USA, LLC.